# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JEFFREY KEITH MARTIN                                                      PLAINTIFF

v.                          4:17CV00628-JLH-JTK

BILL GILKEY, et al.                                                 DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Foster and Lyod are DISMISSED, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 25th day of October, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

1