IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFFREY KEITH MARTIN,                                                    PLAINTIFF
ADC #168392

v.                          4:17CV00628-JLH-JTK

BILL GILKEY, et al.                                                           DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Document #26. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Document #21) is GRANTED, and Plaintiff's Complaint is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 9th day of August, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

1