# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JEFFREY KEITH MARTIN,                                                                    PLAINTIFF
ADC #168392

v.                                      4:17CV00628-JLH-JTK

BILL GILKEY, et al.                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 9th day of August, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

1